**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

08CV63 EJM

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
John Hamilton

(b) County of Residence of First Listed Plaintiff: Woodbury
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
920 Pacific St
Sioux City 51105

## DEFENDANTS
Litow Law Office d/b/a Palisades Collection

County of Residence of First Listed Defendant: Linn
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known): Charles Litow

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 480 Consumer Credit

## V. ORIGIN
Woodbury SC117675
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
15:1681

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] No

## DATE
05/16/2008

## SIGNATURE OF ATTORNEY OF RECORD
/s/ Charles L. Litow