# IN THE IOWA DISTRICT COURT
# IN AND FOR WOODBURY COUNTY, IOWA
### (Small Claims Division)
## ORIGINAL NOTICE
(Action for money judgement.)

_John Hamilton_    _712.204.6505_      _Litow Law Office_    _319.362.3000_
Plaintiff(s)    (Phone Number)      Defendant(s)    (Phone Number)
                                     DBA: Palisades Collection
_922 Pacific St._                    _1847 E Ave NE_
Address of said Plaintiff          Address of said Defendant
_Sioux City, IA 51105_        VS.      _Cedar Rapids, IA 52402_

Plaintiff(s)    (Phone Number)      Defendant(s)    (Phone Number)

Address of said Plaintiff          Address of said Defendant

**117675**

TO THE ABOVE NAMED DEFENDANT(S):
    YOU ARE HEREBY NOTIFIED that the plaintiff(s) demand(s) from you the amount of $ _4,000.00_ plus court costs based on (State briefly the basis for the demand) _Defense of court action through attorney services. Violation of the Fair Credit Reporting Act. Violation of the Fair Debt Collection Practices Act. Defamation of character._

    UNLESS YOU APPEAR by completing and filing the attached appearance and answer form with the clerk of the court at 407 7th Street, Law Enforcement Center, in Sioux City, Iowa 51101 within 20 days after service of this original notice upon you, judgement shall be rendered against you upon plaintiff's claim together with interest and court costs.

    IF YOU DENY THE CLAIM AND APPEAR by filing the attached appearance and answer within 20 days after service of this original notice upon you, you will then receive notification from the clerk's office of the place and time assigned for hearing.

_John Hamilton_                             _922 Pacific St., Sioux City, IA 51105_
Plaintiff(s)             (Attorney for Plaintiff(s))    Address

_SERVED ON 4/30_

## JUDGEMENT ENTRY

IT IS HEREBY ORDERED THAT JUDGEMENT BE ENTERED AGAINST THE Defendant(s)

_____ and for the
Plaintiff(s) _____
in the amount of $ _____ with interest at the rate of _____ % from
the _____ day of _____, A.D., 20____ and Attorney Fees in the amount of
$ _____ plus court costs in the amount of $ _____. Exhibits to be returned after expiration of appeal period.

IT IS FURTHER ORDERED that the foregoing judgement be paid at the rate of $ _____
per _____ (month) (week). Dated this _____ day of _____, A.D., 20____.

NOTICE OF APPEAL

given this _____ day of _____, 20____. _____
                                         District Associate Judge/Magistrate   Woodbury County

_____
Clerk's Designee         Woodbury County

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 712-279-6616. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)