Submit by Email

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JOHN HAMILTON | ) | |
| Plaintiff, | ) | No. C 08-0063 EJM |
| vs. | ) | |
| | ) | JUDGMENT |
| LITOW LAW OFFICE | ) | |
| Defendant. | ) | |

No action having been taken in this case within the time provided in L.R. 41.1 and Local Rule 16, it is

ORDERED AND ADJUDGED

That the plaintiff take nothing and that the action is dismissed.

Dated: September 29, 2008

ROBERT L. PHELPS
U.S. District Court
Northern District of Iowa

By: _____Dianne Eveland_____
Clerk